**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| GURKAN SOYKAN, | Case No. SACV 26-1244-AB (AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| | **CONCLUSIONS AND** |
| WARDEN/FACILITY ADMINISTRATOR, ADELANTO ICE PROCESSING CENTER, et al., | **RECOMMENDATIONS OF UNITED** |
| | **STATES MAGISTRTE JUDGE** |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

In sum, Petitioner's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that Judgment be entered denying the Petition and the *Ex Parte* Application and dismissing this action.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

DATED: July 7, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

2