JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| GURKAN SOYKAN,<br><br>                    Petitioner,<br><br>        v.<br><br>WARDEN/FACILITY ADMINISTRATOR,<br>ADELANTO ICE PROCESSING<br>CENTER, et al.,<br><br>                    Respondents. | Case No. SACV 26-1244-AB (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed.

DATED: July 7, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE